```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

        v.                       :      19 CRIM 073

SAMER EL DEBEK,                  :      19 Cr.         (PAE)
   a/k/a "Samer Eldebek,"
                                 :
        Defendant.
                                 :
- - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2339B, 2339D, 371, 924(c), and 2, and Title 50, United States Code, Section 1705(a), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        January 11, 2019

0202