# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

June 14, 2023

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States v. Samer El Debek
           19 Cr. 073 (PAE)

Dear Judge Engelmayer:

    I represented Mr. Samer El Debek in the above referenced matter. We have 17.1 hours between both our associates, Rachel Perillo and Lucas Anderson,[1] nunc pro tunc to June 6, 2017 assisting us in this matter. Much of that time involved interviews and conferences with the defendant. The work performed by each associate was not duplicative.

    I apologize for not seeking pre-approval of the hours of my associates, but I respectfully pray that the Court will approve payment at an hourly rate of $90.00 for associate time in this matter.

    Thank you very much.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

**GRANTED**, *nunc pro tunc*. The Clerk of Court is requested to terminate the motion at Dkt. No. 39.
   SO ORDERED.   6/15/2023

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

---

[1] Ms. Perillo and Mr. Anderson were employed by the firm at separate times.